WESTCHESTER TRUST COMPANY, Respondent, *v.* JACOB WILLIAMSON et al., Appellants.

Submitted December 7, 1937; decided January 4, 1938.

*William R. Hogan* for appellants.

*John Preston Phillips* and *Gerald Donovan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur; CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.